**UNITED STATES, Plaintiff–Appellee,**

v.

**NATIONAL SEMICONDUCTOR CORPORATION, Defendant– Appellant.**

No. 2008–1195.

United States Court of Appeals, Federal Circuit.

July 11, 2008.

Stephen C. Tosini, Department of Justice, Washington, DC, for Plaintiff–Appellee.

Robert Scott Whiteley, Law Offices of Robert S. Whiteley, Oakland, CA, Craig A. Mitchell, Whiteley & Cooper, Berkeley, CA, for Defendant–Appellant.

## ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.